## COLONIAL PIPELINE CO. *v.* VIRGINIA.

No. 985. Decided May 23, 1966.

*Ralph H. Ferrell, Jr., John W. Riely* and *Howard D. McCloud* for appellant.

*Robert Y. Button,* Attorney General of Virginia, and *D. Gardiner Tyler,* Assistant Attorney General, for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.

## LIFE ASSURANCE CO. OF PENNSYLVANIA *v.* PENNSYLVANIA.

No. 1152. Decided May 23, 1966.

*Harry J. Rubin* and *Morris J. Dean* for appellant.

*Walter E. Alessandroni,* Attorney General of Pennsylvania, and *George W. Keitel* and *Eugene J. Anastasio,* Deputy Attorneys General, for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.

MR. JUSTICE FORTAS took no part in the consideration or decision of this case.